HENRY AUSTIN

V

JEFFERY FISHIER ET,AL

FILED 3:02 CV-192 (RNC)

2004 DEC 20 P 4: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO BE HEARD

I HENRY AUSTIN, THE PETITIONER, REQUEST THAT THIS HONORABLE COURT GRANT PERMISSION FOR THE PETITIONER TO BE HEARD ON THE PREVIEOUS FILED MOTION, TO REOPEN THE ABOVED MENTIONED CASE.

GRANTING THIS MOTION IS ENSSENTIAL TO THE FOUNDATION TO THE PETITIONER'S CLAIMS.

RESPECTIVELY SUBMITTED

BY _____
HENRY AUSTIN SR.
79 SOUTH ST 2CD FL
WATERBURY CT 06706

AFTER HEARING THIS MOTION I HEARBY GRANT/ DENIED